MAY 1, 1951

**No. 55518.**—SUIT 4647.—Weyenberg Shoe Mfg. Co. *v.* United States.—C. D. 1231 reversed February 27, 1951. C. A. D. 448.

BEFORE THE FIRST DIVISION, MAY 8, 1951

**No. 55519.**—Eitinger Bead Co., Inc. *v.* United States, protest 168277–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of gold- and silver-colored beads similar in all material respects to those the subject of Abstract 54271, the claim of the plaintiff was sustained.

**No. 55520.**—A. Maschmeijer, Jr., Inc. *v.* United States, protest 159750–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the substance passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.

**No. 55521.**—The Tupman Thurlow Co., Inc. *v.* United States, protest 170011–K (New York).

Opinion by COLE, J. It was stipulated that the merchandise in question is the same in all material respects as the concentrated ox gall passed upon in *G. D. Searle & Co.* v. *United States* (21 Cust. Ct. 112, C. D. 1138). The claim for free entry under paragraph 1669 was therefore sustained.